1  **NICHOLAS F. REYES, #102114**
Attorney at Law
2  1107 "R" Street
Fresno, California 93721
3  Telephone: (559) 486-4500
Facsimile:   (559) 486-4533
4
Attorney for Defendant
5  **NORMA COBIAN**

6

7

8                        UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA        )        **CASE NO. CR-F-04-5066-OWW**
11                              )
                                )        **STIPULATION TO RELEASE**
12              Plaintiff,       )        **PROPERTY BOND**
                                )        **TEMPORARILY**
13       v.                      )
                                )
14  NORMA COBIAN,                )
                                )
15              Defendant.       )
    _____ )
16

17

18       Defendant, NORMA COBIAN, by and through his counsel of record, NICHOLAS

19  F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of

20  record, KEVIN ROONEY, Assistant United States Attorney for the Eastern District of

21  California, hereby stipulate that the property owned by Norma Cobian currently posted as

22  property bond for her release be temporarily released and temporarily replaced with the

23  property owned by Michael R. Billington located at 4311 Liberty Bell Court, Eureka,

24  California.

25       The full equity property bond (not less than $50,000) secured by equity in property

26  of Norma Cobian located 600 Parkhurst Way, Modesto, California, that is to be forfeited in

27  the event the defendant fails to appear or abide by any conditions of release, shall be

28

1  exonerated upon execution of a property bond in the amount of $112,000 (not less than

2  $50,000).  The equity property bond secured by equity in property of Norma Cobian located

3  in Modesto, California, shall be replaced immediately by property located at 4311 Liberty

4  Bell Court, Eureka, California owned by Michael R. Billington.

5         The property owned by Norma Cobian shall be released immediately upon proof of

6  execution of Deed of Trust and Note Secured by Deed of Trust signed by Michael Billington.

7  **IT IS SO STIPULATED**

                                              Respectfully submitted,
8

9

   Dated: January 24, 2006                    /s/ Nicholas F. Reyes___
10                                             NICHOLAS F. REYES
                                              Attorney for Defendant
11                                             NORMA COBIAN

12

13

14 **IT IS SO STIPULATED**

15

16 Dated: January 24, 2006                    /s/ Kevin Rooney_____
                                              KEVIN ROONEY
17                                             Assistant U.S. Attorney

18 **IT IS SO ORDERED**

19

20
   Dated: _Jan. 27, 2006                      /s/ OLIVER W. WANGER_____
21                                             OLIVER W. WANGER

22

23

24

25

26

27

28