1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:   (559) 486-4533
4
   Attorney for Defendant
5  **NORMA COBIAN**

6

7

8                   UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA    )    CASE NO. CR-F-04-5066-OWW
                                )
                                )    **STIPULATION TO RELEASE**
12              Plaintiff,      )    **PROPERTY BOND**
                                )
13       v.                     )
                                )
14  NORMA COBIAN,               )
                                )
15              Defendant.      )
    _____)
16

17      Defendant, NORMA COBIAN, by and through his counsel of record, NICHOLAS

18  F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of

19  record, KEVIN ROONEY, Assistant United States Attorney for the Eastern District of

20  California, hereby stipulate that the property owned by Norma Cobian currently posted as

21  property bond on her behalf be released and reconveyed.  The property owned by Michael

22  R. Billington located at 4311 Liberty Bell Court, Eureka, California has already been posted

23  in place of said property bond.

24      The property owned by Norma Cobian located at 600 Parkhurst Way, Modesto,

25  California shall be released and reconveyed immediately since the Deed of Trust and Note

26  Secured by Deed of Trust signed by Michael Billington have already been filed and recorded.

27

28

1  **IT IS SO STIPULATED**

                                              Respectfully submitted,

Dated: March 17, 2006                         /s/ Nicholas F. Reyes
                                              NICHOLAS F. REYES
                                              Attorney for Defendant
                                              NORMA COBIAN

8  **IT IS SO STIPULATED**

Dated: March 17, 2006                         /s/ Kevin Rooney
                                              KEVIN ROONEY
                                              Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   March 20, 2006**                   **/s/ Oliver W. Wanger**
emm0d6                                        UNITED STATES DISTRICT JUDGE