IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/<br>Respondent,<br><br>vs.<br><br>NORMA COBIAN<br><br>Defendant/<br>Petitioner. | No. CR-F-04-5066 OWW<br><br>ORDER DIRECTING UNITED STATES TO FILE RESPONSE WITHIN 30 DAYS TO PETITIONER'S MOTIONS RE RETURN OF MONEY AND PERSONAL PROPERTY (Docs. 144 & 145) |

The United States is ordered to file a response to Petitioner Norma Cobian's motions re return of money and personal property filed on July 31, 2007 and October 17, 2007 (Docs. 144 & 145). The United States' response shall be filed within 30 days of the filing date of this Order. All further proceedings shall be by Court Order.

IT IS SO ORDERED.

Dated:  August 19, 2008                    /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

1