1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT FOR THE

7                        EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,    )        No. CR-F-04-5066 OWW
                                 )
10                               )        SECOND ORDER DIRECTING
                                 )        UNITED STATES TO FILE
11                Plaintiff/     )        RESPONSE WITHIN 30 DAYS TO
                  Respondent,    )        PETITIONER'S MOTIONS RE
12                               )        RETURN OF MONEY AND PERSONAL
          vs.                    )        PROPERTY (Docs. 144 & 145)
13                               )
                                 )
14  NORMA COBIAN,                )
                                 )
15                               )
                  Defendant/     )
16                Petitioner.    )
                                 )
17  _____)

18       By Order filed on August 18, 2008, the United States was

19  ordered to file a response within 30 days of the filing date of

20  the Order to Petitioner Norma Cobian's motions re return of money

21  and personal property filed on July 31, 2007 and October 17, 2007

22  (Docs. 144 & 145).

23       No response has been filed by the United States.  The United

24  States is ordered to file a response to Petitioner's motion

25  within 30 days of the filing date of this Order.  All further

26  proceedings shall be by Court Order.

                                    1

1          IT IS SO ORDERED.

2   **Dated:    October 8, 2008**              **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26