IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. CR-F-04-5066 OWW |
| | ) ) | ORDER DIRECTING UNITED STATES TO SUBMIT |
| Plaintiff/ Respondent, | ) ) ) | DECLARATIONS AND SUPPLEMENTAL BRIEF RE PETITIONER'S MOTION FOR |
| vs. | ) ) | RETURN OF WELLS FARGO BANK ACCOUNT NOS. 0042303936 AND |
| NORMA COBIAN, | ) ) | 0042303745 |
| | ) ) | |
| Defendant/ Petitioner. | ) ) ) | |

By Memorandum Decision and Order filed on December 23, 2008, Petitioner Norma Cobian's motion for return of a 1998 Lincoln Navigator and Wells Fargo Bank account no. 6404545527, in the amount of $29,874.66 was denied because of Petitioner's failure to comply with the forfeiture relief provisions.

Attached to Petitioner's motion is an asset seizure property receipt issued by the Stanislaus Drug Enforcement Agency on March 1, 2004, in which that agency acknowledges receipt of the following from "Norma Cobian's Accounts:

1

1) Official check #0042303936
                   Wells Fargo Bank $193.48

                2) Official check #0042303745
                   Wells Fargo Bank $756.05

                3) Cash and official check #0042302878
                   Wells Fargo Bank $29,874.66

Also attached to Petitioner's motion is a copy of Additional Conditions of Release issued by the United States Magistrate Judge which provided, *inter alia*, that Petitioner "not access the money market account (current frozen) without a specific order of the U.S. District Court." By Stipulation and Order filed on May 11, 2004, Petitioner, Mr. Martinez and AUSA Rooney stipulated "that as further Condition of Release that Norma Cobian shall not withdraw any funds seized on March 1, 2004, from the Wells Fargo Bank Account No. 0042303936, 0042303745, 0042302878 without further order of the court." (Doc. 36). The $29,874.66 in Wells Fargo Bank Account No. 0042302878 was administratively forfeited to the United States on November 9, 2004 and, for the reasons stated in the December 23, 2008 Memorandum Decision, Petitioner is not entitled to the return of those funds. The United States provided no explanation for what happened to the funds in Wells Fargo Bank Account Nos. 0042303936 and 0042303745 and was ordered to file a supplemental brief.

In its supplemental brief, the United States represents that it only adopted civil forfeiture from the Stanislaus County District Attorney's Office with respect to the 1998 Lincoln Navigator and the $29,874.66 in Wells Fargo Bank Account No.

0042302878 and that there is no record of Wells Fargo Bank Account Nos. 0042303936 and 0042303745 in the Government's Consolidated Asset Tracking System. The United States contends:

> Because DEA did not adopt Wells Fargo Bank Account Nos. 0042303936 and 0042303745 for federal forfeiture proceedings, these accounts were never in the United States' custody or control and the Government has no information regarding these funds. The United States therefore requests that Petitioner's motion be denied and this matter closed.

Petitioner has presented evidence that the United States did have custody or control over the Wells Fargo Bank Account Nos. 0042303936 and 0042303745. These bank accounts were listed on the Stanislaus Drug Enforcement Agency Asset Seizure Property Receipt as well as Account No. 0042302878. The total amounts of these accounts as listed on the Stanislaus Drug Enforcement Agency Asset Seizure Property Receipt is $30,824.19. The Stanislaus County District Attorney advised Petitioner that the DEA adopted asset forfeiture of the 1998 Lincoln Navigator and $30,824.19 from Wells Fargo Bank Accts." That the United States did not institute civil forfeiture proceedings against Wells Fargo Bank Account Nos. 0042303936 and 0042303745 does not prove that the DEA did not accept custody of these accounts from the Stanislaus County District Attorney. The United States has not provided evidence from which it may be inferred that it never took custody of Wells Fargo Bank Account Nos. 0042303936 and 0042303745 from the Stanislaus County District Attorney; AUSA Rooney only represents that there is no record of Wells Fargo

Bank Account Nos. 0042303936 and 0042303745 in the Government's Consolidated Asset Tracking System.

The United States is ordered to obtain and submit declarations from the Stanislaus County District Attorney and the Drug Enforcement Administration concerning the transfer of Wells Fargo Bank Account Nos. 0042303936 and 0042303745 to the DEA. The United States is further ordered to submit a supplemental brief concerning alternative remedies available to Petitioner if the funds in the bank accounts were transferred to the United States and subsequently lost. The United States shall comply with this Order within 30 days of the filing date of this Order. Petitioner's reply, if any, shall be filed within 30 days thereafter. All further proceedings shall be by order of the Court.

IT IS SO ORDERED.

Dated:   **March 31, 2009**            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE