IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) | No. CR-F-04-5066 OWW |
|  | ) ) | ORDER VACATING ORDER DIRECTING UNITED STATES TO |
| Plaintiff/ Respondent, | ) ) ) | SUBMIT DECLARATIONS AND SUPPLEMENTAL BRIEF |
| vs. | ) ) |  |
| NORMA COBIAN, | ) ) ) |  |
| Defendant/ Petitioner. | ) ) ) |  |

On April 17, 2009, the Court received a letter from Norma Cobian advising that the proceeds in Wells Fargo Bank Account Nos. 0042303936 AND 0042303745 have been returned to her.

Consequently, the Order filed on April 1, 2009, (Doc. 159), directing the United States to obtain and submit declarations and a supplemental brief regarding these two bank accounts is VACATED. Petitioner's motion for return of property is now fully resolved by the Memorandum Decision and Order filed on December 23, 2008. (Doc. 156)

1

IT IS SO ORDERED.

**Dated:     April 22, 2009**                             **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE